UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMADOR R. RODRIGUEZ,

                              Plaintiff,

    -against-

JO ANNE B. BARNHART, Commissioner
of Social Security,

                              Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV-3316 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 15, 2006, denying the Commissioner's motion for judgment on the pleadings; reversing the Commissioner's decision; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated August 11, 2006; it is

       ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; that the Commissioner's decision is reversed; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated August 11, 2006.

Dated: Brooklyn, New York
         August 16, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court